UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO OLIVAS, Jr., | No. 1:08-CV-01605-OWW-SMS (HC) |
| Petitioner, | **ORDER GRANTING PETITIONER'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | |
| P. L. VASQUEZ, Warden, Wasco State Prison, | (DOCUMENT #16) |
| Respondent. | DEADLINE: MARCH 6, 2009 |

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

Petitioner Mario Olivas, having requested a 30 day extension of time to file the TRAVERSE in this action, may have up to and including March 6, 2009, in which to file said TRAVERSE.

IT IS SO ORDERED.

**Dated:   February 9, 2009**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE